☞ ORIGINAL

JUDGE CROTTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :    **NOTICE OF INTENT TO**
        - v. -                    :    **FILE AN INFORMATION**
                                  :
JERRY KATZ,                       :
                                  :
            Defendant.            :
                                       **08 CRIM 072**
- - - - - - - - - - - - - - - - - x


    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          December 14, 2007

                                  MICHAEL J. GARCIA
                                  United States Attorney


                              By: _____
                                  William J. Harrington
                                  Assistant United States Attorney


                                  AGREED AND CONSENTED TO:

                              By: _____
                                  Michael Hurwitz, Esq.
                                  Attorney for Jerry Katz

12/14/07 WHEEL A