UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
        - v. -                   :    INFORMATION
                                 :
JERRY KATZ                       :    08 Cr. ___
                                 :
        Defendant.               :
- - - - - - - - - - - - - - - - x

**08 CRIM 072**

## COUNT ONE

The United States Attorney charges:

1. From in or about 1999 through in or about August 2007, in the Southern District of New York and elsewhere, JERRY KATZ, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that JERRY KATZ, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a

Schedule I controlled substance, to wit, methaqualone, in violation of Sections 812, 841(a)(1), and 841(b)(1)(C) of Title 21, United States Code.

    3.   It was a further part and an object of the conspiracy that JERRY KATZ, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, marijuana, in violation of Sections 812, 841(a)(1), and 841(b)(1)(D) of Title 21, United States Code.

    4.   It was a further part and an object of the conspiracy that JERRY KATZ, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a Schedule III controlled substance, to wit, hydrocodone, in violation of Sections 812, 841(a)(1), and 841(b)(1)(D) of Title 21, United States Code.

    (Title 21, United States Code, Section 846.)

## COUNT TWO

The United States Attorney further charges:

    5.   On or about May 17, 2007, in the Southern District of New York, JERRY KATZ, the defendant, unlawfully, intentionally, and knowingly, did distribute and possess with intent to distribute a Schedule I controlled substance, to wit, methaqualone.

    (Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(C))

## FORFEITURE ALLEGATION AS TO COUNTS ONE AND TWO

6. As a result of committing one or more of the controlled substance offenses alleged in Counts One and Two of this Information, defendant JERRY KATZ shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Counts One and Two of this Indictment, including but not limited to the following:

    a. At least $455,000 in United States currency, in that such sum in aggregate is property representing the amount of proceeds obtained as a result of the offense charged in Counts One and Two of this Information;

    b. All United States currency funds or other monetary instruments credited to account numbers 020-274998 and 3230651, in the name of Jerome Katz and Kresel Katz, located at JP Morgan Chase Bank;

    c. All United States currency funds or other monetary instruments credited to account numbers 80-2158-0223, 8000-477-841 and 8000-115-2571, in the name of Jerome Katz dba Multi Sourcing Group and Jerome Katz, located at PNC Bank;

    d. All United States currency funds or other monetary

>    instruments credited to account number 1101-4570-9344,
>    in the name of Jerome Katz and Jason Katz, located at
>    RBC Dain Rauscher;
>
> e.    All United States currency funds or other monetary
>    instruments credited to account numbers 367-98233-14,
>    367-30084-17 and 367-16105-11, in the name of Jerry
>    Katz and Jason Katz, Jerry Katz and Eric Katz, and
>    Jerry Katz, located at Spencer Winston Securities.

7.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

>    (1) cannot be located upon the exercise of due
>    diligence;
>
>    (2) has been transferred or sold to, or deposited with,
>    a third person;
>
>    (3) has been placed beyond the jurisdiction of the
>    Court;
>
>    (4) has been substantially diminished in value; or
>
>    (5) has been commingled with other property which
>    cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including but not limited to the following:

>    All that lot or parcel of land, together with its
>    buildings, appurtenances, improvements, fixtures,

attachments and easements, located at 3 Colonial Way, Allentown, New Jersey, 08501, Block 47-3, Lot 56, Monmouth County, New Jersey, recorded in document 000000029298, Book 008440, Page 000042 of the real property records of Monmouth County.

(Title 21, United States Code, Sections 841(a)(1) and 853.)

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v. -

**JERRY KATZ,**

Defendant.

**INFORMATION**

08 Cr. ___ (___)

(21 U.S.C. §§ 846,
812, 841(1)(a) & 841(b)(1)(C).)

MICHAEL J. GARCIA
United States Attorney.

*Jan 28, 2008/s
Filed waiver of Indictment and Information.
Deft. pres. w/atty. Michael Hurwitz. AUSA: William
Harrington present. Deft. arraigned and pleads not
guilty. Deft. cont'd released.*

*Freeman, USMJ*