JUDGE CROTTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,              :

       - v -                          :

                             :

JERRY KATZ,                            :

                             :

          Defendant.        :

- - - - - - - - - - - - - - - - - x

08 CRIM 072

       The above-named defendant, who is accused of one count of violating Title 21, United States Code, Section 846, and one count of violating Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(C), being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

CALLY FILED

JAN 2 8 200

_____
Jerry Katz
Defendant

_____
Witness

_____
Michael Hurwitz, Esq.
Counsel for Defendant

Date:    New York, New York
        January 28, 2008

0202