UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA,

                              Plaintiff,

                                                        **Notice of Appearance**
          -against-                                     **08 CR 72 (PAC)**

JERRY KATZ,

                              Defendant.
--------------------------------------------------------X

          **PLEASE TAKE NOTICE** that MICHAEL HURWITZ, ESQ. of Hurwitz Stampur &
Roth is the attorney for JERRY KATZ on the above-referenced indictment.

Date:  New York, New York
       February 12, 2008

                              By:   **MICHAEL HURWITZ, ESQ.**
                                    **HURWITZ STAMPUR & ROTH**
                                    **299 Broadway, Suite 800**
                                    **New York, NY 10007**
                                    **(212) 619-4240**
                                    **(212) 619-6743 – Fax**