# HURWITZ STAMPUR & ROTH
### ATTORNEYS AT LAW

MICHAEL HURWITZ
WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, STE. 800
NEW YORK, N.Y. 10007

TEL: 212-619-4240
FAX: 212-619-6743

April 29, 2008

**VIA FACSIMILE: (212) 805-6304**
Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 3 0 2008

Re:   **United States v. Jerry Katz**
        08 CR 72 (PAC)

Dear Judge Crotty,

Defendant requests permission to travel on Sunday May 4, 2008 from his home to Abrams Hebrew Academy, 31 West College Avenue, Yardley, Pennsylvania, from noon until 8 p.m.

The defendant will travel by car for the purpose of attending the one year old birthday party of his grand-nephew. Defendant may be reached on his cell phone at (917) 363-5463.

AUSA William Harrington and Pretrial Officer Lisa Chan have no objection to the defendant's application.

Sincerely,

Michael Hurwitz

**MEMO ENDORSED**

cc.   PO Lisa Chan (By Fax: 212-805-4171)

MH:jpy

SO ORDERED: APR 3 0 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE