USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 10 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,

       - against -

Jerry Katz,

       Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

1: 08 Cr. 00072 (PAC)
ORDER

HONORABLE PAUL A. CROTTY, United States District Judge:

IT IS HEREBY ORDERED that the U.S Probation Office conduct the Pre-Sentence Investigation (PSI) for defendant Jerry Katz. Defense counsel shall be present for the PSI interview with the defendant.

IT IS FURTHER ORDERED that the sentencing date is set for Thursday, October 16, 2008 at 4:15 p.m in Courtroom 20-C.

SO ORDERED

*(signature)*

PAUL A. CROTTY
United States District Judge

Dated: New York, New York
       June 10, 2008

cc:
Probation Department (SDNY)